**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-26695 |
| | ) | Chapter 7 |
| DAVID J. DEVAUX and | ) | Honorable Timothy A. Barnes |
| NATALYA MAKARENKO-DEVAUX, | ) | |
| | ) | Hearing Date: Tues., 10/15/13 |
| Debtors. | ) | at 10:30 a.m. |

## NOTICE OF MOTION

   **PLEASE TAKE NOTICE** that on **Tuesday, October 15, 2013** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the **Honorable Timothy A. Barnes** or any other Judge sitting in his stead, in **Courtroom 613**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Final Application of Trustee's Attorneys for the Allowance of Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

                                          /s/ Norman B. Newman
                                          Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
**MUCH SHELIST, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

   Norman B. Newman, an attorney, hereby certifies that on September 17, 2013, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

                                          /s/Norman B. Newman

4219460_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-26695 |
| | ) | Chapter 7 |
| DAVID J. DEVAUX and | ) | Honorable Timothy A. Barnes |
| NATALYA MAKARENKO-DEVAUX, | ) | |
| | ) | Hearing Date: Tues., 10/15/13 |
| Debtors. | ) | at 10:30 a.m. |

**FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period September 5, 2012 through July 22, 2013.  In support of this Application, Much Shelist respectfully states as follows:

      1.      On July 3, 2012, the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

      2.      On September 17, 2012, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.  This application includes legal services rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

4219460_1

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered or reimbursement of out-of-pocket expenses incurred in this matter.

4. Much Shelist is entitled to receive final compensation in the amount of $5,689.50 plus reimbursement of out-of-pocket expenses in the amount of $38.90 for services rendered during the period September 5, 2012 through July 22, 2013.

5. Much Shelist provided 9.90 hours of services on behalf of the Trustee during the time period cover by this application.

6. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 7.70 hrs. | $597.34/hr.* | $4,599.50 |
| Jeffrey L. Gansberg | .80 hrs. | $400.00/hr. | 320.00 |
| Jeffrey M. Schwartz | 1.40 hrs. | $550.00/hr. | 770.00 |
|  |  |  |  |
| **TOTAL:** | **9.90 hrs.** |  | **$5,689.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7. Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

8. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

9. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **Employment of Professionals (Tab 1)**: A total of 1.80 hours of time was expended by Much Shelist on the preparation of pleadings and appearance in Court on the Trustee's Motion to Employ Attorneys. Mr. Newman's legal services in connection with this matter and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.80 hrs. | $595.00/hr. | $1,071.00 |
|  |  |  |  |
| TOTAL: | **1.80 hrs.** |  | **$1,071.00** |

B. **Disposition of Assets (Tab 2)**: Much Shelist expended 6.30 hours in connection with the sale of Debtors' personal property. According to the schedules, Debtor, David J. Devaux owned a 100% membership interest in 240 Ridgeland MC, LLC (the "Membership Interest") which owns property located at 240 Ridgeland Avenue, Michigan City, Indiana (the "Michigan City Real Estate"). The Michigan City Real Estate was subject to a conditional real estate sales agreement at the time the bankruptcy petition was filed. Counsel reviewed the sale contract, real estate taxes and information pertaining to the buyer and amounts on the contract. Counsel also participated in multiple telephonic and written communications with the Debtor and Debtor's attorney regarding an offer for the Membership Interest.

Time was spent preparing a motion to sell Trustee's interest in the Membership Interest and appearing in Court on same. Counsel participated in telephonic and written communications with Debtor's attorney regarding the preparation of a Bill of Sale which was transmitted to the purchaser's counsel upon the entry of the Order approving the sale of the Membership Interest. As the result of the Trustee's efforts, $9,000.00 was collected on behalf of the creditors of this estate.

The individuals who provided services with respect to this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 4.10 hrs. | $595.00/hr. | $2,439.50 |
| Jeffrey L. Gansberg | .80 hrs. | $400.00/hr. | 320.00 |
| Jeffrey M. Schwartz | 1.40 hrs. | $550.00/hr. | 770.00 |
| | | | |
| TOTAL: | **6.30 hrs.** | | **$3,529.50** |

    **C.**    **Claims Administration (Tab No. 3)**: Mr. Newman expended a total of .60 hours of services in reviewing the claims register for objectionable claims.

A recap of Mr. Newman's time expended is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | .60 hrs. | $605.00/hr. | $363.00 |
| | | | |
| TOTAL: | **.60 hrs.** | | **$363.00** |

    **D.**    **Fee Related Matters (Tab 4)**: Much Shelist expended 1.20 hours preparing this final fee application. The attorney who provided services in this category and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 1.20 hrs. | $605.00/hr. | $726.00 |
| | | | |
| TOTAL: | **1.20 hrs.** | | **$726.00** |

10. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $38.90. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

11. The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $5,689.50 plus reimbursement of out-of-pocket expenses in the amount of $38.90 for services rendered during the period September 5, 2012 through July 22, 2013;

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100
nnewman@muchshelist.com

4219460_1

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-26695 |
| | ) | Chapter 7 |
| DAVID J. DEVAUX and | ) | Honorable Timothy A. Barnes |
| NATALYA MAKARENKO-DEVAUX, | ) | |
| | ) | |
| Debtors. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:	Much Shelist, P.C.

Authorized to provide professional services to:	Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:	September 17, 2012

Period for which compensation is sought:	September 5, 2012 through July 22, 2013

Amount of fees sought:	$5,689.50

Amount of expense reimbursement sought:	$38.90

Retainer previously received:	$0.00

This is a(n):	Interim Application ___	Final Application __X__

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 9/17/13	MUCH SHELIST, P.C.

	By: /s/Norman B. Newman

4219460_1