UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| DEVAUX, DAVID J. | § | Case No. 12-26695 |
| MAKARENKO-DEVAUX, NATALYA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn Street
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 15, 2013 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: /s/Norman B. Newman _____
                                                                                            Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
DEVAUX, DAVID J. § Case No. 12-26695
MAKARENKO-DEVAUX, NATALYA §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 130.45 |
| leaving a balance on hand of[1] | $ | 8,869.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: NORMAN NEWMAN | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Attorney for Trustee Fees: Much Shelist, P.C. | $ 5,689.50 | $ 0.00 | $ 5,689.50 |
| Attorney for Trustee Expenses: Much Shelist, P.C. | $ 38.90 | $ 0.00 | $ 38.90 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,378.40 |
| Remaining Balance | | $ | 1,491.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,958.29  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 11,279.26 | $ 0.00 | $ 205.21 |
| 000002 | FIA CARD SERVICES, N.A. | $ 3,931.88 | $ 0.00 | $ 71.54 |
| 000003 | American Express Bank, FSB | $ 10,718.82 | $ 0.00 | $ 195.02 |
| 000004 | American Express Bank, FSB | $ 538.96 | $ 0.00 | $ 9.81 |
| 000005 | American Express Centurion Bank | $ 6,067.56 | $ 0.00 | $ 110.39 |
| 000006 | American Express Centurion Bank | $ 9,525.00 | $ 0.00 | $ 173.30 |
| 000007 | eCAST Settlement Corporation, assignee | $ 12,619.10 | $ 0.00 | $ 229.59 |
| 000008 | eCAST Settlement Corporation, assignee | $ 21,528.08 | $ 0.00 | $ 391.68 |
| 000009 | Portfolio Recovery Associates, LLC | $ 5,749.63 | $ 0.00 | $ 104.61 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,491.15 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Norman B. Newman
Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-26695-TAB
David J. Devaux                                                         Chapter 7
Natalya Makarenko-Devaux
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                Page 1 of 2             Date Rcvd: Sep 17, 2013
                               Form ID: pdf006             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2013.
```
db/jdb       +David J. Devaux,    Natalya Makarenko-Devaux,   6149 N. Kildare Ave.,   Chicago, IL 60646-5225
19112118      American Express,   Box 0001,   Los Angeles, CA 90096-0001
20095665      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20123054      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19112119     +Asset Recovery 23, LLC,   1900 Sunset Harbour Dr 2nd Floor,   Miami Beach, FL 33139-1497
19112120     +Bank of America,   PO Box 15796,   Wilmington, DE 19886-5796
19112121      Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
19112122     +Burr & Foreman,   200 S. Orange Ave., Suite 800,   Orlando, FL 32801-6404
19112123      Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
19112124     +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
19112125     +Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
19112126     +Citimortgage, Inc.,   PO Box 183040,   Columbus, OH 43218-3040
19926323      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19112127      Fleetmaster Truck Wash, Inc,   2306 RFD Old Hicks Road,   Lake Zurich, IL 60047
19112128     +Jack G. Williams,   PO Box 2176,   Panama City, FL 32402-2176
20132607    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
19112129     +Sanctuary Beach Master Assoc.,   PO Box 18433,   Panama City Beach, FL 32417-8433
19112130      Thomas D. Devaux, deceased,   c/o Lucille Devaux,   2306 RFD Old Hicks Road,
               Long Grove, IL 60047
19112131    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
19112132      Wells Fargo Home Mortgage,   PO Box 5296,   Carol Stream, IL 60197-5296
20128543      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19841855     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 18 2013 01:35:19
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20103497*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20128542*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20128544*     eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
               New York, NY 10087-9262
                                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2013                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2013 at the address(es) listed below:
```
          Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@fal-illinois.com
          Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
           nsulak@muchshelist.com
          Norman B Newman    on behalf of Attorney    Much Shelist, P.C. nnewman@muchshelist.com,
           nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
          Norman B Newman    nnewman@muchshelist.com,    nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stuart B Handelman    on behalf of Joint Debtor Natalya  Makarenko-Devaux court@sbhpc.net,
           ksmith@sbhpc.net,jhuang@sbhpc.net
```

```
District/off: 0752-1           User: lhuley               Page 2 of 2              Date Rcvd: Sep 17, 2013
                               Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stuart B Handelman    on behalf of Debtor David J. Devaux court@sbhpc.net, ksmith@sbhpc.net, jhuang@sbhpc.net
                                                                                            TOTAL: 7