**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  DEVAUX, DAVID J.                            § Case No. 12-26695
        MAKARENKO-DEVAUX, NATALYA                   §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $480,358.50 *(without deducting any secured claims)* | Assets Exempt:  $22,257.73 |
| Total Distribution to Claimants: $1,541.15 | Claims Discharged Without Payment: $80,467.14 |
| Total Expenses of Administration: $7,458.85 | |

   3) Total gross receipts of $    9,000.00    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of  $9,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $532,716.46 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,458.85 | 7,458.85 | 7,458.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 209,113.08 | 82,008.29 | 82,008.29 | 1,541.15 |
| **TOTAL DISBURSEMENTS** | $741,829.54 | $89,467.14 | $89,467.14 | $9,000.00 |

4) This case was originally filed under Chapter 7 on July 03, 2012. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2014          By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Membership Interest in 240 Ridgeland, MI City | 1110-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Thomas D. Devaux, deceased c/o Lucille Devaux | 4110-000 | 47,651.70 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 98,577.27 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 348,142.32 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 38,345.17 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$532,716.46** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MUCH SHELIST, P.C. | 3120-000 | N/A | 38.90 | 38.90 | 38.90 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 5,689.50 | 5,689.50 | 5,689.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.36 | 6.36 | 6.36 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.00 | 12.00 | 12.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 13.26 | 13.26 | 13.26 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.82 | 12.82 | 12.82 |
| ASSOCIATED BANK | 2600-000 | N/A | 13.23 | 13.23 | 13.23 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.78 | 12.78 | 12.78 |
| NORMAN NEWMAN | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,458.85** | **$7,458.85** | **$7,458.85** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 22,558.52 | 11,279.26 | 11,279.26 | 205.21 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-000 | 7,863.76 | 3,931.88 | 3,931.88 | 71.54 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 21,437.64 | 10,718.82 | 10,718.82 | 195.02 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 1,070.42 | 538.96 | 538.96 | 9.81 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 12,135.12 | 6,067.56 | 6,067.56 | 110.39 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 18,743.94 | 9,525.00 | 9,525.00 | 173.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 25,238.20 | 12,619.10 | 12,619.10 | 229.59 |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 43,056.16 | 21,528.08 | 21,528.08 | 391.68 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 11,499.26 | 5,749.63 | 5,749.63 | 104.61 |
| NOTFILED | Bank of America | 7100-000 | 1,134.45 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,480.02 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 11,111.11 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 14,971.25 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 8,813.23 | N/A | N/A | 0.00 |
| NOTFILED | Jack G. Williams | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sanctuary Beach Master Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Burr & Foreman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Asset Recovery 23, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| | The Bank of New York Mellon | 7100-000 | N/A | 25.00 | 25.00 | 25.00 |
| | THE BANK OF NEW YORK MELLON | 7100-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $209,113.08 | $82,008.29 | $82,008.29 | $1,541.15 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-26695
**Case Name:** DEVAUX, DAVID J.
MAKARENKO-DEVAUX, NATALYA
**Period Ending:** 01/24/14

**Trustee:**          (330270)    NORMAN NEWMAN
**Filed (f) or Converted (c):** 07/03/12 (f)
**§341(a) Meeting Date:** 08/29/12
**Claims Bar Date:** 03/07/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 6149 N. Kildare Ave., Chicago, IL, Single Family<br>Imported from original petition Doc# 1 | 295,000.00 | 0.00 | | 0.00 | FA |
| 2 | 717 Cedar, Michigan, Single Family Liablity Comp<br>Imported from original petition Doc# 1 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | 618 Spring Street, Michigan, Four Units Liabity<br>Imported from original petition Doc# 1 | 133,100.00 | 0.00 | | 0.00 | FA |
| 4 | Membership Interest in 240 Ridgeland, MI City<br>Imported from original petition Doc# 1 | 13,200.00 | 13,200.00 | | 9,000.00 | FA |
| 5 | Certificate of Deposit located at La Porte Savin<br>Imported from original petition Doc# 1 | 563.61 | 0.00 | | 0.00 | FA |
| 6 | Corporate America Family Credit Union<br>Imported from original petition Doc# 1 | 42.64 | 0.00 | | 0.00 | FA |
| 7 | Selfreliance Ukrainian American Federal Credit U<br>Imported from original petition Doc# 1 | 59.03 | 0.00 | | 0.00 | FA |
| 8 | Fifth Third, checking<br>Imported from original petition Doc# 1 | 1,850.13 | 0.00 | | 0.00 | FA |
| 9 | Chase, checking<br>Imported from original petition Doc# 1 | 43.81 | 0.00 | | 0.00 | FA |
| 10 | Chase, checking<br>Imported from original petition Doc# 1 | 9.92 | 0.00 | | 0.00 | FA |
| 11 | Chase, checking<br>Imported from original petition Doc# 1 | 70.43 | 0.77 | | 0.00 | FA |
| 12 | TV, computer, dishes, furniture, stereo, kitchen<br>Imported from original petition Doc# 1 | 2,140.00 | 0.00 | | 0.00 | FA |
| 13 | CDs and DVDs<br>Imported from original petition Doc# 1 | 80.00 | 0.00 | | 0.00 | FA |
| 14 | Clothing<br>Imported from original petition Doc# 1 | 650.00 | 0.00 | | 0.00 | FA |
| 15 | Rings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 16 | camera<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-26695
**Case Name:** DEVAUX, DAVID J.
MAKARENKO-DEVAUX, NATALYA
**Period Ending:** 01/24/14

**Trustee:** (330270) NORMAN NEWMAN
**Filed (f) or Converted (c):** 07/03/12 (f)
**§341(a) Meeting Date:** 08/29/12
**Claims Bar Date:** 03/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  Prudential Life Insurance
      Imported from original petition Doc# 1 | 406.58 | 0.00 | | 0.00 | FA |
| 18  Guardian Life Insurance
      Imported from original petition Doc# 1 | 1,134.62 | 0.00 | | 0.00 | FA |
| 19  eVantage IRA
      Imported from original petition Doc# 1 | 6,706.47 | 0.00 | | 0.00 | FA |
| 20  Principal 401K
      Imported from original petition Doc# 1 | 3,370.81 | 0.00 | | 0.00 | FA |
| 21  Sterling Trust, IRA
      Imported from original petition Doc# 1 | 1,330.45 | 0.00 | | 0.00 | FA |
| 22  Husband is a 50% member of Limit Liability Compa
      Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23  1996 MB C220,
      Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 24  2000 Chevy Astro
      Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 25  1978 Aquarius Invader with trailer, located in L
      Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 26  Office desk and shelving
      Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 27  One used dog
      Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| **27  Assets  Totals** (Excluding unknown values) | **$493,558.50** | **$13,200.77** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Preparing final report.

**Initial Projected Date Of Final Report (TFR):**   May 31, 2013         **Current Projected Date Of Final Report (TFR):**   September 17, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-26695  
**Case Name:** DEVAUX, DAVID J.  
MAKARENKO-DEVAUX, NATALYA  
**Taxpayer ID #:** **-***0409  
**Period Ending:** 01/24/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/06/12 | {4} | Lucille Devaux | Sale of LLC membership interest pursuant to Court Order entered 10/30/12 DEPOSIT CHECK #1533 | 1110-000 | 9,000.00 | | 9,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,975.00 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 7100-000 | | 25.00 | 8,950.00 |
| 01/09/13 | | Transfer to Acct #2221644269 | Bank Funds Transfer | 9999-000 | | 8,950.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,950.00 | |
| | | | **Subtotal** | | 9,000.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,000.00** | **$50.00** | |

{} Asset reference(s)

Printed: 01/24/2014 03:13 PM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-26695  
**Case Name:** DEVAUX, DAVID J.  
MAKARENKO-DEVAUX, NATALYA  
**Taxpayer ID #:** **-***0409  
**Period Ending:** 01/24/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********69 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #005685091566 | Bank Funds Transfer | 9999-000 | 8,950.00 | | 8,950.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,940.00 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 6.36 | 8,933.64 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,921.64 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 8,908.38 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.82 | 8,895.56 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 8,882.33 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.78 | 8,869.55 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.19 | 8,856.36 |
| 09/17/13 | | Reverses Adjustment OUT on 08/07/13 | BANK SERVICE FEE | 2600-000 | | -13.19 | 8,869.55 |
| 10/16/13 | 1002 | NORMAN NEWMAN | Chapter 7 Compensation/Fees | 2100-000 | | 1,650.00 | 7,219.55 |
| 10/16/13 | 1003 | MUCH SHELIST, P.C. | Claim MS-F, Payment 100.00000% | 3110-000 | | 5,689.50 | 1,530.05 |
| 10/16/13 | 1004 | MUCH SHELIST, P.C. | Claim MS-E, Payment 100.00000% | 3120-000 | | 38.90 | 1,491.15 |
| 10/16/13 | 1005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Claim 000001, Payment 1.81936% | 7100-000 | | 205.21 | 1,285.94 |
| 10/16/13 | 1006 | FIA CARD SERVICES, N.A. | Claim 000002, Payment 1.81949% | 7100-000 | | 71.54 | 1,214.40 |
| 10/16/13 | 1007 | AMERICAN EXPRESS BANK, FSB | Claim 000003, Payment 1.81942% | 7100-000 | | 195.02 | 1,019.38 |
| 10/16/13 | 1008 | AMERICAN EXPRESS BANK, FSB | Claim 000004, Payment 1.82017% | 7100-000 | | 9.81 | 1,009.57 |
| 10/16/13 | 1009 | AMERICAN EXPRESS CENTURION BANK | Claim 000005, Payment 1.81935% | 7100-000 | | 110.39 | 899.18 |
| 10/16/13 | 1010 | AMERICAN EXPRESS CENTURION BANK | Claim 000006, Payment 1.81942% | 7100-000 | | 173.30 | 725.88 |
| 10/16/13 | 1011 | ECAST SETTLEMENT CORPORATION, ASSIG | Claim 000007, Payment 1.81938% | 7100-000 | | 229.59 | 496.29 |
| 10/16/13 | 1012 | ECAST SETTLEMENT CORPORATION, ASSIG | Claim 000008, Payment 1.81939% | 7100-000 | | 391.68 | 104.61 |
| 10/16/13 | 1013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim 000009, Payment 1.81942% | 7100-000 | | 104.61 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 8,950.00 | 8,950.00 | $0.00 |
| Less: Bank Transfers | 8,950.00 | 0.00 | |
| **Subtotal** | 0.00 | 8,950.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,950.00** | |

{} Asset reference(s)

Printed: 01/24/2014 03:13 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-26695 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | DEVAUX, DAVID J. | | Bank Name: | ASSOCIATED BANK |
| | MAKARENKO-DEVAUX, NATALYA | | Account: | ********69 - Checking Account |
| Taxpayer ID #: | **-***0409 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/24/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # 9200-******15-66** | **9,000.00** | **50.00** | **0.00** |
| | **Checking # ********69** | **0.00** | **8,950.00** | **0.00** |
| | | **$9,000.00** | **$9,000.00** | **$0.00** |

{} Asset reference(s)                                                                                          Printed: 01/24/2014 03:13 PM    V.13.14